# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-MJ-0180 BAM |
| Plaintiff, | **ORDER VACATING SEPTEMBER 30, 2013 REPORT DATE** |
| v. | |
| ADOLFO PULIDO, | |
| Defendant. | |

The Middle District of North Carolina, Greensboro has ordered defendant to report for arraignment on October 7, 2013 at 9:30 a.m.  In light of the new report date, the Court VACATES the order setting the report date of September 30, 2013.

IT IS SO ORDERED.

Dated:   **September 17, 2013**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE